**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Charles V. Trafalis<br>Kathleen A. Trafalis fka<br>Kathleen A. McEvoy<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 15-23656 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Mill City Mortgage Loan Trust 2019-1, Wilmington Savings Fund Society, FSB, as Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
18 Dec 2020, 16:11:31, EST

Brian C. Nicholas, Esq. (317240) ☑
Maria D. Miksich, Esq. (319383) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 605a58212240012f7253cdf6f60006cc5f34491d8d4787bd394b384ad251b559