**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Charles V. Trafalis**
**Kathleen A. Trafalis**
**fka Kathleen A. McEvoy**
   Debtor(s)

Bankruptcy Case No.: 15−23656−JAD
Related To Doc. No. 67
Chapter: 13
Docket No.: 69 − 67

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 21st of December, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 2/5/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/17/21 at 11:00 AM at the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **2/5/21.**

                                                 <u>Jeffery A. Deller</u>
                                                 United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Charles V. Trafalis  
Kathleen A. Trafalis  
    Debtor(s)

Case No. 15-23656-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: msch      Page 1 of 3  
Date Rcvd: Dec 21, 2020      Form ID: 408v      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles V. Trafalis, Kathleen A. Trafalis, 406 South Second Avenue, Elizabeth, PA 15037-1416 |
| cr | + | CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Carrington Mortgage Services, LLC, as servicer for, c/o Kristen D. Little, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, Pa 19406-4702 |
| cr | | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | | Mill City Mortgage Loan Trust 2019-1, Wilmington S, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Trifera, LLC, Marinosci Law Group, P.C., c/o Connie J. Delisser, Esq., 100 West Cypress Creek Road, Suite 1045 Fort Lauderdale, FL 33309-2191 |
| 14117256 | + | BSI Financial Services, 314 S. Franklin Avenue, P.O. Box 517, Titusville, PA 16354-0517 |
| 14230000 | + | Carrington Mortgage Services, LLC, et al, 1600 South Douglass Road, Anaheim, California 92806-5948 |
| 14117258 | + | Citibank, P.O. Box 183060, Columbus, OH 43218-3060 |
| 14117259 | + | Elizabeth Borough Municipal Authority, c/o Legal Tax Service Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14117261 | + | J. Daniel Schopf, c/o Molly Maguire Gaussa, 117 Jackson Circle, McDonald, PA 15057-2547 |
| 14155191 | #+ | J. Daniel Schopf, c/o Gaussa Law Office, P.O. Box 12662, Pittsburgh, PA 15241-0662 |
| 15195217 | | Mill City Mortgage Loan Trust 2019-1, Fay Servicing, LLCPO Box 814609, Dallas, TX 75381-4609 |
| 14117263 | + | Pennsylvania American Water Company, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14942644 | | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14122242 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2020 05:14:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14117257 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:32:37 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14141285 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:41:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14117260 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2020 05:14:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 14117262 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 04:41:48 | PayPal, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14864262 | + | Email/Text: bkteam@selenefinance.com | Dec 22 2020 05:14:00 | Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 14117264 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2020 05:13:00 | Verizon, P.O. Box 28000, Lehigh Valley, PA 18002-8000 |
| 14167025 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 22 2020 05:16:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

| District/off: 0315-2 | User: msch | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: 408v | Total Noticed: 24 |

| 14117265 | Email/Text: bankruptcy@firstenergycorp.com | | |
|---|---|---|---|
| | | Dec 22 2020 05:16:00 | West Penn Power Company, 76 S. Main Street, Akron, OH 44308-1890 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mill City Mortgage Loan Trust 2019-1, Wilmington S |
| 14172959 | | OneMain Financial Group, LLC as servicer for Wells, as Issuer Loan Trustee for OneMain Finan |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | J. Daniel Schopf, c/o Molly Maguire Gaussa, 117 Jackson Circle, McDonald, PA 15057-2547 |
| cr | *+ | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14137762 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1  Wilmington Savings Fund Society, FSB, as Trustee bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Charles V. Trafalis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Kathleen A. Trafalis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services  LLC, as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A pabk@logs.com |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services  LLC, as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lisa Cancanon | on behalf of Creditor Carrington Mortgage Services  LLC, as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A lisac@w-legal.com, Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: msch | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: 408v | Total Noticed: 24 |

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Sindi Mncina
   on behalf of Creditor Mill City Mortgage Loan Trust 2019-1  Wilmington Savings Fund Society, FSB, as Trustee smncina@rascrane.com

William E. Miller
   on behalf of Creditor CHRISTIANA TRUST  A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 4 wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

TOTAL: 10