**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHARLES V. TRAFALIS<br>KATHLEEN A. TRAFALIS<br>  Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>    Movant<br>   vs.<br>No Respondents. | Case No.:15-23656 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

December 21, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/05/2015 and confirmed on 11/30/15. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 55,540.14 |
| Less Refunds to Debtor | 940.06 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,600.08 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,500.00 | |
|    Trustee Fee | 2,485.80 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,985.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MILL CITY MORTGAGE LOAN TRUST-19-1 | 0.00 | 22,727.25 | 0.00 | 22,727.25 |
|     Acct: 6430 | | | | |
|   MILL CITY MORTGAGE LOAN TRUST-19-1 | 5,303.95 | 5,303.95 | 0.00 | 5,303.95 |
|     Acct: 6430 | | | | |
|   ELIZABETH BOROUGH MUNICIPAL AUTH( | 209.95 | 209.95 | 110.25 | 320.20 |
|     Acct: 1005 | | | | |
|   ELIZABETH BOROUGH MUNICIPAL AUTH( | 21.67 | 21.67 | 0.00 | 21.67 |
|     Acct: 1005 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 18,131.15 | 18,131.15 | 3,110.06 | 21,241.21 |
|     Acct: 9878 | | | | |
| | | | | 49,614.28 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES V. TRAFALIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES V. TRAFALIS | 210.00 | 210.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES V. TRAFALIS | 730.06 | 730.06 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 403.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 3705 | | | | |
|   CITIBANK NA(\*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   J DANIEL SCHOPF | 19,548.85 | 0.00 | 0.00 | 0.00 |
|     Acct: 0572 | | | | |
|   PAYPAL BUYER CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA AMERICAN WATER(\*) AKA AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 8169 | | | | |
| VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 838.18 | 0.00 | 0.00 | 0.00 |
| Acct: 3722 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F \ | 7,491.34 | 0.00 | 0.00 | 0.00 |
| Acct: 4209 | | | | |
| KRISTEN D LITTLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                  49,614.28

TOTAL CLAIMED
PRIORITY            0.00
SECURED        23,666.72
UNSECURED      28,281.78

Date: 12/21/2020                         /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CHARLES V. TRAFALIS
    KATHLEEN A. TRAFALIS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23656 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                          BY THE COURT:

                          U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Charles V. Trafalis  
Kathleen A. Trafalis  
    Debtor(s)

Case No. 15-23656-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: msch | Page 1 of 3
Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles V. Trafalis, Kathleen A. Trafalis, 406 South Second Avenue, Elizabeth, PA 15037-1416 |
| cr | + | CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Carrington Mortgage Services, LLC, as servicer for, c/o Kristen D. Little, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, Pa 19406-4702 |
| cr | | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | | Mill City Mortgage Loan Trust 2019-1, Wilmington S, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Trifera, LLC, Marinosci Law Group, P.C., c/o Connie J. Delisser, Esq., 100 West Cypress Creek Road, Suite 1045 Fort Lauderdale, FL 33309-2191 |
| 14117256 | + | BSI Financial Services, 314 S. Franklin Avenue, P.O. Box 517, Titusville, PA 16354-0517 |
| 14230000 | + | Carrington Mortgage Services, LLC, et al, 1600 South Douglass Road, Anaheim, California 92806-5948 |
| 14117258 | + | Citibank, P.O. Box 183060, Columbus, OH 43218-3060 |
| 14117259 | + | Elizabeth Borough Municipal Authority, c/o Legal Tax Service Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14117261 | + | J. Daniel Schopf, c/o Molly Maguire Gaussa, 117 Jackson Circle, McDonald, PA 15057-2547 |
| 14155191 | #+ | J. Daniel Schopf, c/o Gaussa Law Office, P.O. Box 12662, Pittsburgh, PA 15241-0662 |
| 15195217 | | Mill City Mortgage Loan Trust 2019-1, Fay Servicing, LLCPO Box 814609, Dallas, TX 75381-4609 |
| 14117263 | + | Pennsylvania American Water Company, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14942644 | | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14122242 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2020 05:14:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14117257 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:41:59 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14141285 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 04:32:37 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14117260 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2020 05:14:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 14117262 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 04:32:22 | PayPal, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14864262 | + | Email/Text: bkteam@selenefinance.com | Dec 22 2020 05:14:00 | Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 14117264 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2020 05:13:00 | Verizon, P.O. Box 28000, Lehigh Valley, PA 18002-8000 |
| 14167025 | + | Email/Text: bankruptcy@firstenergycorp.com | Dec 22 2020 05:16:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

Case 15-23656-JAD    Doc 72    Filed 12/23/20    Entered 12/24/20 00:55:03    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: msch | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 24 |

| 14117265 | Email/Text: bankruptcy@firstenergycorp.com | Dec 22 2020 05:16:00 | West Penn Power Company, 76 S. Main Street, Akron, OH 44308-1890 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mill City Mortgage Loan Trust 2019-1, Wilmington S |
| 14172959 | | OneMain Financial Group, LLC as servicer for Wells, as Issuer Loan Trustee for OneMain Finan |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | J. Daniel Schopf, c/o Molly Maguire Gaussa, 117 Jackson Circle, McDonald, PA 15057-2547 |
| cr | *+ | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14137762 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Charles V. Trafalis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Kathleen A. Trafalis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC, as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A pabk@logs.com |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services LLC, as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lisa Cancanon | on behalf of Creditor Carrington Mortgage Services LLC, as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A lisac@w-legal.com, Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | |

| District/off: 0315-2 | User: msch | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: pdf900 | Total Noticed: 24 |

                on behalf of Creditor Mill City Mortgage Loan Trust 2019-1  Wilmington Savings Fund Society, FSB, as Trustee
                smncina@rascrane.com

William E. Miller

                on behalf of Creditor CHRISTIANA TRUST  A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS
                INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 4 wmiller@friedmanvartolo.com,
                wedwardmiller@gmail.com

TOTAL: 9