# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/8/21 5:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    CHARLES V. TRAFALIS
    KATHLEEN A. TRAFALIS
        Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 15-23656-JAD

Chapter 13

Related To Doc. No. 67

## ORDER OF COURT

AND NOW, this 8th day of February, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtors and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

mas

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Charles V. Trafalis  
Kathleen A. Trafalis  
    Debtors

Case No. 15-23656-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 3 |
| Date Rcvd: Feb 08, 2021 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles V. Trafalis, Kathleen A. Trafalis, 406 South Second Avenue, Elizabeth, PA 15037-1416 |
| cr | + | CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | Carrington Mortgage Services, LLC, as servicer for, c/o Kristen D. Little, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, Pa 19406-4702 |
| cr | | Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | | Mill City Mortgage Loan Trust 2019-1, Wilmington S, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Trifera, LLC, Marinosci Law Group, P.C., c/o Connie J. Delisser, Esq., 100 West Cypress Creek Road, Suite 1045 Fort Lauderdale, FL 33309-2191 |
| 14117256 | + | BSI Financial Services, 314 S. Franklin Avenue, P.O. Box 517, Titusville, PA 16354-0517 |
| 14230000 | + | Carrington Mortgage Services, LLC, et al, 1600 South Douglass Road, Anaheim, California 92806-5948 |
| 14117258 | + | Citibank, P.O. Box 183060, Columbus, OH 43218-3060 |
| 14117259 | + | Elizabeth Borough Municipal Authority, c/o Legal Tax Service Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14117261 | + | J. Daniel Schopf, c/o Molly Maguire Gaussa, 117 Jackson Circle, McDonald, PA 15057-2547 |
| 14155191 | #+ | J. Daniel Schopf, c/o Gaussa Law Office, P.O. Box 12662, Pittsburgh, PA 15241-0662 |
| 15195217 | | Mill City Mortgage Loan Trust 2019-1, Fay Servicing, LLCPO Box 814609, Dallas, TX 75381-4609 |
| 14117263 | + | Pennsylvania American Water Company, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14942644 | | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14122242 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 09 2021 02:59:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14117257 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 09 2021 02:54:08 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14141285 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 09 2021 02:54:07 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14117260 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 09 2021 02:59:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 14117262 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2021 02:54:01 | PayPal, P.O. Box 981064, El Paso, TX 79998-1064 |
| 14864262 | + | Email/Text: bkteam@selenefinance.com | Feb 09 2021 02:59:00 | Selene Finance LP, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 14117264 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 09 2021 02:59:00 | Verizon, P.O. Box 28000, Lehigh Valley, PA 18002-8000 |
| 14167025 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 09 2021 03:00:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: pdf900 | Total Noticed: 24 |

| 14117265 | Email/Text: bankruptcy@firstenergycorp.com | | |
|---|---|---|---|
| | | Feb 09 2021 03:00:00 | West Penn Power Company, 76 S. Main Street, Akron, OH 44308-1890 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Mill City Mortgage Loan Trust 2019-1, Wilmington S |
| 14172959 | | OneMain Financial Group, LLC as servicer for Wells, as Issuer Loan Trustee for OneMain Finan |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | J. Daniel Schopf, c/o Molly Maguire Gaussa, 117 Jackson Circle, McDonald, PA 15057-2547 |
| cr | *+ | U.S. Bank Trust National Association, as trustee f, PO Box 814609, Dallas, TX 75381-4609 |
| 14137762 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 10, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1  Wilmington Savings Fund Society, FSB, as Trustee bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Charles V. Trafalis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Kathleen A. Trafalis julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services  LLC, as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A pabk@logs.com |
| Kristen D. Little | on behalf of Creditor Carrington Mortgage Services  LLC, as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lisa Cancanon | on behalf of Creditor Carrington Mortgage Services  LLC, as servicer for Wilmington Savings Fund Society, FSB, as Trustee for Stanwich Mortgage Loan Trust A lisac@w-legal.com, Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 3 of 3 |
| Date Rcvd: Feb 08, 2021 | Form ID: pdf900 | Total Noticed: 24 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor Mill City Mortgage Loan Trust 2019-1  Wilmington Savings Fund Society, FSB, as Trustee smncina@rascrane.com

William E. Miller
    on behalf of Creditor CHRISTIANA TRUST  A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 4 wmiller@friedmanvartolo.com, wedwardmiller@gmail.com

TOTAL: 10